# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.                                             Case No. **22-20032-05-DDC**

**SPENCER ANTHONY ALLEN,**
*Defendant.*

___

### ORDER APPOINTING COUNSEL
___

NOW on this 3rd day of February, 2023, the Court upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, appoints Mark Thomason as counsel for Spencer Anthony Allen pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective February 3, 2023.

s/Angel D. Mitchell
The Honorable Angel D. Mitchell
United States Magistrate Judge