IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY, KANSAS)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No. 22-20032-DDC |
| SPENCER ALLEN | |
| Defendant. | |

## WAIVER OF APPEARANCE AT STATUS CONFERENCE

COMES NOW, Defendant Spencer Allen, by and through counsel, Mark Thomason, and wishes to waive his appearance at the scheduled status conference in this matter set for October 30, 2023, at 9:00 a.m. In support of the motion Defendant states as follows:

1. I am the Defendant in the above-captioned matter.

2. This matter is set for a status on October 30, 2023, at 9:00 a.m. It is my understanding that the items to be discussed at this hearing will be a discussion regarding potentially setting another status conference or obtaining a setting for trial on this matter.

3. My attorney has discussed with me the dates being considered in this case. I have been fully informed on these matters. I fully understand my rights under speedy trial and understand that the moving of dates will directly impact the speedy trial calculation. I understand and agree with the dates being considered and its impact on speedy trial.

4. I understand that I have a right to personally appear at this hearing, but it is my desire to waive my personal appearance if the Court is inclined to allow me to do so. Please consider this my written waiver of appearance for this hearing.

5. This continuance is sought not for the purpose of dilatory delay but is sought in truth and fact that the Defendant may be afforded due process of law under the Fifth Amendment to the United States Constitution and afforded effective assistance of counsel under the Sixth Amendment to the United States Constitution. It is submitted that the above-stated reasons for a continuance outweigh the best interests of the public, the Government, and the Defendant to a speedy trial and therefore the time from the date of this filing to the proposed deadlines should be excluded.

6. I have given my counsel the authority to electronically sign this waiver.

*/s Spencer Allen*
Spencer Allen

Respectfully submitted,

/s/ Mark Thomason
**Mark Thomason KS 22227**
Law Office of Mark Thomason, LLC
929 Walnut St Suite 101
Kansas City, MO 64106
816.229.8686/816.229.9494 fax
mthomasonlaw@yahoo.com
Counsel for Spencer Allen

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on October 27, 2023, by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Mark Thomason
Counsel for Spencer Allen